# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2019 KW 0503

VERSUS

DOMINIQUE VALLIER                                     ⌐JUL 2 2 2019

---

In Re:   Dominique Vallier, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 557,415.

---

**BEFORE:   McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.**

**WRIT DENIED.**

                         **PMc**
                         **TMH**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT